

## NUMBER 13-10-00469-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

LUCIO TORRES, JR.,                                          Appellant,

v.

NORMA JEAN CANALES TORRES,                                  Appellee.

### On appeal from the 197th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on January 20, 2011, due to the bankruptcy

of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8.

Since the abatement there has been no activity in this appeal.   On July 26, 2012, the

Court ordered the parties to file an advisory regarding the status of the appeal and, if

applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.   The order

notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Delivered and filed the
22nd day of August, 2012.

2